[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-10959
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 6, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-20139-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO MELO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 6, 2008)**

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, counsel for Mario Melo, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Melo's sentence following re-sentencing is **AFFIRMED**. We **DENY** as moot Melo's motion to dismiss counsel on appeal, and we **DENY** Melo's motions to dismiss his appeal and/or hold his appeal in abeyance.